IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 06–cv–01653–EWN–MEH

HOLLI GREEN,

    Plaintiff,

v.

ROCKY MOUNTAIN METALCRAFT, INC.,

    Defendant.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

This matter is before the court on the "Stipulated Motion to Dismiss with Prejudice" filed April 18, 2007. The court having read the Motion to Dismiss filed herein, and now being fully advised in the premises, it is

**ORDERED** that this action be and hereby is DISMISSED, with prejudice, each party to pay his, her or its own costs and attorneys' fees herein expended.

DATED this 19th day of April, 2007.

                                                BY THE COURT:

                                                s/ Edward W. Nottingham
                                                EDWARD W. NOTTINGHAM
                                                United States District Judge